| Attorney or Party Name, Address, Telephone and Fax Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| David L. Hagan<br>1540 W. Grand Ave.<br>Grover Beach, CA 93433<br>(805) 473-9700 Fax: (805) 473-9711<br>California State Bar Number: 176673<br><br>Attorney for Plaintiffs Michael Joseph Oakes and Louis Edward Antosek | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Steven C. Posson<br>Laura E Posson<br><br>Debtors. | CHAPTER 7<br><br>CASE NUMBER 9:11-bk-10518-RR<br><br>ADVERSARY NUMBER 11-01164 |
|---|---|
| MICHAEL JOSEPH OAKES, D.O., and, LOUIS EDWARD ANTOSEK, D.O.<br>Plaintiff(s),<br>vs.<br>STEVEN C. POSSON a/k/a STEVEN CHARLES POSSON JR.;<br>STEVEN C. POSSON D.O. APMC dba THE DOCTOR IS IN, CENTER FOR FAMILY HEALTH;<br>STEVEN C. POSSON, D.O., A PROFESSIONAL MEDICAL CORPORATION;<br>THE DOCTOR IS IN, LLC<br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only)(Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE<br>OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____June 15, 2011_____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: 07/26/2011 | Time: 11 AM | Courtroom: 201 | Floor: Second |
|---|---|---|---|
| ☐ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☒ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: 05/16/11

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____Kam Rust_ *Kam Rust*_____
*Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)                                                                                                  **F 7004-1**

Summons and Notice of Status Conference - *Page 2*          **F 7004-1**

| In re<br>Steven C. Posson<br>Laura E Posson | CASE NO: **9:11-bk-10518-RR** |
|---|---|
| Debtor(s). | ADV CASE: **11-01164-RR** |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1540 W. Grand Avenue, Grover Beach, CA 93433

A true and correct copy of the foregoing document described as **Summons and Notice of Status Conference, Adv. Cover Sheet, Complaint, and Notice That Compliance with FRBP 7026 and LBR 7026-1 is Required** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **5/17/11**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

David L Hagan on behalf of Plaintiff Michael Oakes & Louis Antosek, lawprofessional@charter.net, lawprofessional@att.net
Jerry Namba Ch 7 Trustee jnambaepiq@earthlink.net jnamba@ecf.epiqsystems.com
United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 05/18/11, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See next page.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/18/11 | Nancy Lopez | *Nancy Lopez* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

February 2010 (COA-SA)                     **F 7004-1**

Summons and Notice of Status Conference - *Page 2*

F 7004-1

| In re<br>Steven C. Posson<br>Laura E Posson | CASE NO: **9:11-bk-10518-RR** |
|---|---|
| Debtor(s). | ADV. CASE: **11-01164-RR** |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") (Continued)**
David K. Eldan, Attorneys for California Bank & Trust, deldan@pmcos.com
Adam R Fairbairn on behalf of
Steven C. Posson/aka Steven Charles Posson Jr.
Steven C. Posson D.O. APMC Center for Family Health
Steven C. Posson, D.O., a Professional Medical Corporation
Steven C. Posson, President, The Doctor Is In, LLC
adamfairbairnlaw@yahoo.com

**SERVED BY U.S. MAIL**
STEVEN C. POSSON a/k/a STEVEN CHARLES POSSON JR.
630 Asilo Street
Arroyo Grande, CA 93420

STEVEN C. POSSON D.O. APMC dba THE DOCTOR IS IN, CENTER FOR FAMILY HEALTH
630 Asilo Street
Arroyo Grande, CA 93420

STEVEN C. POSSON, D.O., A PROFESSIONAL MEDICAL CORPORATION
630 Asilo Street
Arroyo Grande, CA 93420

Steven C Posson, President
The Doctor Is In, LLC
1435 Shell Beach Rd
Shell Beach, CA 93449

Adam R Fairbairn on behalf of
STEVEN C. POSSON a/k/a STEVEN CHARLES POSSON JR.
819 12th St Ste 211
Paso Robles, CA 93446

Adam R Fairbairn on behalf of
STEVEN C. POSSON D.O. APMC dba THE DOCTOR IS IN, CENTER FOR FAMILY HEALTH
819 12th St Ste 211
Paso Robles, CA 93446

Adam R Fairbairn on behalf of
STEVEN C. POSSON, D.O., A PROFESSIONAL MEDICAL CORPORATION
819 12th St Ste 211
Paso Robles, CA 93446

Adam R Fairbairn on behalf of
Steven C Posson, President
The Doctor Is In, LLC
819 12th St Ste 211
Paso Robles, CA 93446

Special Notice: Financial Pacific Leasing LLC
Nick I Ezza
Spiwak & Iezza, LLP
555 Marin Street, Suite 140
Thousand Oaks, CA 91360

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

February 2010 (COA-SA)

F 7004-1